IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES ROGERS,        )<br>                           )<br>       Plaintiff,          )<br>                           )<br>vs.                        )<br>                           )<br>JASON GARNETT, *et al.*,   )<br>                           )<br>       Defendants.         ) | CIVIL NO. 07-cv-305-JPG |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to state a claim upon which relief may be granted. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| | | |
|---|---|---|
| September 29, 2008 | By: | s/ J. Phil Gilbert |
| *Date* | | *District Judge* |